JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RIGOBERTO LOPEZ,

       Plaintiff,

   vs.

YOO CHIL KIM, AS TRUSTEE OF THE YOO CHIL KIM AND KUM OK KIM LIVING TRUST; and DOES 1 to 10,

       Defendants.

**Case No.: 2:26-cv-02555-PA-Ex**
Assigned to Hon. Percy Anderson

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**

NOTICE OF VOLUNTARY DISMISSAL

Based on the request for dismissal without prejudice and for good cause

shown:

IT IS HEREBY ORDERED that the entire action be dismissed without

Prejudice.

SO ORDERED.

DATED: June 01, 2026 _____

Percy Anderson,
United States District Court Judge

-2-

NOTICE OF VOLUNTARY DISMISSAL